ILND 44 (Rev. 06/16/17)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS
Craftwood Lumber Company; Craftwood II, Inc. and Crafwood III, INc.

**(b)** County of Residence of First Listed Plaintiff: Lake County, IL
*(Except in U.S. plaintiff cases)*

**(c)** Attorneys *(firm name, address, and telephone number)*
Peter Trobe, Trobe Babowice & Assoc, LLC; 404 W. Water St., Waukegan, IL 60085 847-625-8700

## DEFENDANTS
Horizon Global Corporation; Horizon Global Americas, Inc. and Comprehensive Marketing, Inc.

County of Residence of First Listed Defendant: Oakland County, MI
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

Attorneys *(if known)*
Horizon Global defendants - Bart T. Murphy, Ice Miller, LLP; 2300 Cabot dr., Ste. 455; Lisle, IL 60532 630-747-8508
CMI: Paul Bozych, Nielsen Zehe & Antas, PC, 55 W. Monroe,

## II. BASIS OF JURISDICTION *(Check one box, only.)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government not a party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee – Conditions of Confinement

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent – Abbreviated New Drug Application
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAXES
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729 (a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- [ ] 465 Other Immigrant Actions

## V. ORIGIN *(Check one box, only.)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
47 U.S.C. Sec. 227 - TCPA unsolicited fax ad class action

## VII. Previous Bankruptcy Matters
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
[x] Check if this is a class action under Rule 23, F.R.CV.P.
DEMAND $
Check Yes only if demanded in complaint.
JURY DEMAND: [ ] Yes [ ] No

## IX. RELATED CASE(S) IF ANY
*(See instructions)*
Judge                                                       Docket Number

## X. This case *(Check one box, only.)*
[ ] is not a refiling of a previously dismissed action
[ ] is a refiling of case number
[x] previously dismissed by Judge

Date: 9/28/17
Signature of attorney of record: s/Bart T. Murphy

Judge Ellis
No. 17 CV 4129
See Addendum attchd.

## ADDENDUM TO CIVIL COVER SHEET

X. Pursuant to L.R. 40.3(b) this case should be directly assigned to Judge Ellis. L.R. 40.3(b)(2) provides in relevant part: "When a case is dismissed with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter, the second case shall be assigned to the judge to whom the first case was assigned.

A prior action involving the same parties and relating to the same subject matter was filed in this court on May 31, 2017 captioned: ***Craftwood II, Inc. and Craftwood III, Inc. v. Horizon Global Corporation, Horizon Global Americas, Inc. and Comprehensive Marketing, Inc.*, No. 17 CV 4129 (the "First Case").** The complaint in the First Case alleged that the defendants sent plaintiffs and the putative class members unsolicited fax ads in violation of the Telephone Consumer Protection Act ("TCPA"). The plaintiffs in the First Case filed a Notice of Voluntary Dismissal without prejudice on August 23, 2017 (Dkt. #47 in First Case). On September 6, 2017 Judge Ellis entered an order dismissing the First Case without prejudice (Dkt. #48 in First Case).

On August 31, 2017 the Plaintiffs in the First Case (Craftwood II, Inc. and Craftwood III, Inc.) filed an action in the Circuit Court of Lake County, Illinois against the same defendants in the First Case. *Craftwood Lumber Company, Craftwood II, Inc. and Craftwood III, Inc. v. Horizon Global Corporation, Horizon Global Americas, Inc. and Comprehensive Marketing, Inc.*, No. 17 CH 1213 (Circuit Court of Lake County, IL) (the "Second Case"). The second case was filed by the same plaintiffs who filed the First Case against the same defendants named in the First case and it involves the same subject matter as the First Case – namely an allegation that defendants violated the TCPA by sending fax ads to the Plaintiffs and the putative class members. Defendants have removed the Second Case to this court pursuant to federal question jurisdiction. The Second Case involves the same two plaintiffs that filed the First Case and the same three defendants named in the First Case. The subject matter of the First and Second Cases is identical.