UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAFTWOOD LUMBER COMPANY, an Illinois corporation; CRAFTWOOD II, INC., a California corporation; and CRAFTWOOD III, INC., a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>HORIZON GLOBAL CORPORATION, a Delaware corporation; HORIZON GLOBAL AMERICAS, INC., a Delaware corporation; and COMPREHENSIVE MARKETING, INC., an Illinois corporation,<br><br>        Defendants. | Case No. 1:17-cv-7024<br><br>Hon. Judge Charles R. Norgle |

## **DEFENDANT COMPREHENSIVE MARKETING, INC.'S MOTION TO DISMISS**

Defendant Comprehensive Marketing, Inc. ("CMI"), by and though its undersigned counsel, hereby moves to dismiss Plaintiffs' Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1). As detailed in the accompanying memorandum of law, supporting declarations and exhibits, Plaintiffs lack Article III standing to prosecute the instant case. Plaintiffs have not suffered a legally cognizable injury that is fairly traceable to CMI's alleged wrongdoing, and Plaintiffs' alleged injury cannot be redressed by this Court. Therefore, CMI respectfully requests that the Court dismiss Plaintiffs' Complaint in its entirety, with prejudice.

Dated: October 20, 2017

                                       Respectfully submitted,
                                       *Counsel for Comprehensive Marketing, Inc.*

                          By:    /s/ *Paul Bozych*_____
                                       Paul Bozych, Esq.
                                       John J. Murphy, Esq.
                                       Preetha Jayakumar, Esq.

                                                NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe Street, Suite 1800
Chicago, IL 60603-5001
Tel: (312) 322-9900
Fax: (312) 322-9977
Email: pbozych@nzalaw.com
        jmurphy@nzalaw.com
pjayakumar@nzalaw.com